# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BOOKER R. HOWARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2930

[August 8, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Phoebee R. Francois, Judge; L.T. Case No. 22-003182-MM10A.

Gordon Weekes, Public Defender, and Sarah Sandler, Assistant Public Defender, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Pablo Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***